Romeal Price #14742-054  
U.S.P Allenwood  
P.O. Box 3000  
White Deer PA  
17887

9-10-06

To: Mary E. D'Andrea, clerk

My Name is Romeal Price Dkt. Nos. 1:CR-00-216-01 and Dkt. Nos. 1:CR-00-063-07

I'm Requesting to have a copy of my Sentencing transcripts for the above cases and a copy of my Docket Sheets

I have the money to pay for the transcripts & Docket Sheets, I Just Need to Know the amount of Money I need to send and who I should send it to.

Enclosed is a Stamped envelope can you please write me back with the Information I need to get my transcripts

Thank you

Romeal Price #14742-054  
U.S.P Allenwood  
P.O. Box 3000  
White Deer PA 17887

Leonard Price #44194-068
S.C.I Allenwood
P.O. Box 3000
White Deer, PA
17887

Atten: Mary E. D'Andrea, Clerk
U.S court house
Federal Building
P.O Box 983
228 walnut st

Legal Mail