Romeal Price 44792-054
F.C.I Schuylkill
P.O Box 759
Minersville PA
17954-0759

```
FILED
HARRISBURG, PA
APR 10 2008
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk
```

The Honorable Sylvia H. Rambo

I am writing to you in Request of the new "Law" that was pass on March "3"

I would like the court to help me out in filing a motion to the court.

Offense I and II Interstate Travel In Aid of Racketeering ( 18 USC S 1952
5 years each count
Crack Cocain

Thank you

Can you write me Back and let me know what I should do

Romeal Price
1: CR-00-063-02

Ronnea Price 44790-054
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill Pa.

READING PA 195
19 MAR 2008 PM 2 L

To The Honorable Sylvia H Rambo
U.S Courthouse Federal Building 4
228 Walnut St Harrisburg PA
17108   P.O Box 983