IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 1:CR-00-063-02** |
| | : | |
| **v.** | : | |
| | : | |
| **ROMEAL PRICE** | : | |

# O R D E R

Before the court is a letter from Defendant in which he seeks a reduction of sentence pursuant to 18 U.S.C. § 3542(c)(2). **IT IS HEREBY ORDERED THAT:**

1) The letter is deemed to be a motion to modify term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2).

2) The Federal Public Defender's Office, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone number (717) 782-2237, is appointed to represent the defendant for the purpose of addressing the crack cocaine amendment pursuant to 18 U.S.C. §3582(c)(2) as it relates to Defendant's case.

                                                                        s/Sylvia H. Rambo
                                                                        SYLVIA H. RAMBO
                                                           United States District Judge

Dated: April 15, 2008.